UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WHITNEY NICHOLSON on Behalf of Herself and Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SACOLO, LTD. d/b/a Perfect 10 Men's Club San Antonio; GLENN WILLIAMS; THERESA THOMPSON; WILLIAM COX; JOHN HESTER; and GABRIEL CARDENAS;<br><br>Defendants. | § § § § § § § § § § § § § § § | SA-20-CV-1319-JKP (HJB) |

## ORDER

Before the Court is the parties' Third Joint Status Report (Docket Entry 81), wherein the parties advise that they "continue to work through the process with the arbitrator and will schedule an appropriate date in the coming months."

Accordingly, it is hereby **ORDERED** that the parties' must file a Fourth Joint Status Report **on or before August 16, 2022.** This report should advise the Court with the status of the arbitration proceedings in this case.

**SIGNED** on May 16, 2022.

Henry J. Bemporad
United States Magistrate Judge