# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| WHITNEY NICHOLSON, On Behalf of Herself and All Others Similarly Situated, § § § § *Plaintiffs* § v. § § SACOLO, LTD. d/b/a PERFECT 10, § GLENN WILLIAMS, THERESA § THOMPSON, WILLIAM COX, JOHN § HESTER, and GABRIEL CARDENAS, § § *Defendants*. § § | Civil Action No. 5:20-CV-01319 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to a dismissal of all claims raised by Plaintiff Whitney Nicholson and each Opt-In Plaintiff who has filed a consent form to join this case. Each party is to bear their own costs of court and attorney's fees.

Respectfully and jointly submitted on November 15, 2023.

*/s/ David W. Hodges*  
David W. Hodges  
Texas State Bar No. 00796765  
HODGES & FOTY, LLP  
2 Greenway Plaza, Suite 250  
Houston, Texas 77046  
Tel: (713) 523-0001; Fax: (713) 523-1116  
dhodges@hftrialfirm.com  

*Counsel for Plaintiffs*

*/s/ Brian W. Bishop (with permission)*  
Brian W. Bishop  
Texas State Bar No. 02346300  
LAW OFFICE OF BRIAN BISHOP  
900 West Avenue  
Austin, Texas 78701  
Tel: (512) 327-5121; Fax: (512) 327-5122  
brian@bbishoplaw.com  

*Counsel for Defendants*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all parties of record via the Court's CM/ECF filing system.

*/s/ David W. Hodges*
David W. Hodges
